IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01910-MSK

AMBER FENSTERMACHER,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____

## ORDER REMANDING CASE
_____

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Denver County District Court. This action is a civil action brought by a former employee of Wells Fargo Bank, N.A. wherein Plaintiff alleges that Wells Fargo Bank wrongfully terminated her employment, in violation of Colorado's public policy, because she filed a workers' compensation claim. In the Complaint filed in the state court, the Plaintiff did not specify the amount of monetary relief sought.

The Defendant has sought removal based upon diversity jurisdiction pursuant to 28 U.S.C.§ 1332. The Defendant contends that the requisite amount in controversy can be inferred from the factual allegations in the Complaint. The Court has reviewed the Complaint, the Notice of Removal, and, if referred to, the Colorado Civil Cover Sheet.

Consistent with the reasoning in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007) and *Klein v. State Farm Mut. Auto. Ins. Companies,* D. Colo. Case No. 08-cv-02257-MSK, 2008 WL 4948775 (Nov. 18, 2008), the Court finds that the Defendant has not

shown specific facts, which if true, would demonstrate that the amount in controversy is at least $75,000.

**IT IS THEREFORE ORDERED** that pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the District Court from which it was removed.

DATED this 25th day of August, 2009.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge